UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.88.103.166,<br><br>                        Defendant. | Case No.:  17-cv-2319-JAH-BLM<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

    Before the Court is Plaintiff's *ex parte* Application for Extension of Time to Effectuate Service of John Doe Defendant. Finding good cause, Plaintiff's application for additional time is **GRANTED**. Plaintiff shall have until May 7, 2018 to effectuate service of a summons and Amended Complaint on Defendant.

    **IT IS SO ORDERED.**

DATED:   March 7, 2018

                                                        _____<br>
                                                        JOHN A. HOUSTON<br>
                                                        United States District Judge